**LITTLER MENDELSON, P.C.**
David S. Ostern, Esq. (N.J. Bar #336162020)
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, New Jersey 07102
P: (973) 848-4700
E: DOstern@littler.com
*Attorneys for Defendant*
*Raymours Furniture Company, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS HERRERA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOURS FURNITURE CO, INC.<br><br>Defendant. | Civil Action No. 2:23-cv-03895-MCA-LDW<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6)**<br><br>**(VIA ECF)** |

**TO:**  Daniel Zemel, Esq.
    Zemel Law LLC
    660 Broadway
    Paterson, New Jersey 07514

**PLEASE TAKE NOTICE** that on September 18, 2023**,** or as soon thereafter as counsel may be heard, Defendant Raymours Furniture Company, Inc. (improperly pled as "Raymours Furniture Co, Inc.") ("Defendant"), shall move, pursuant to FED. R. CIV. P. 12(b)(1) and (6) and the Local Civil Rules for the United States District Court for the District of New Jersey, and before the United States District Court for the District of New Jersey, 50 Walnut St., Newark, New Jersey 07102, for an Order granting

Defendant's Motion to Dismiss and dismissing Plaintiff Carlos Herrera's Complaint against Defendant in its entirety.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, the undersigned attorneys for Defendant shall rely on all matters of record and its concurrently filed Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint.

A proposed form of Order has been submitted herewith.

Dated: August 14, 2023

Respectfully Submitted,

**LITTLER MENDELSON, P.C.**

*/s/ David S. Ostern*
David S. Ostern, Esq.
Littler Mendelson, P.C.
One Newark Center
1085 Raymond Blvd., 8th Floor
Newark, New Jersey 07102
P: (973) 848-4700
E: DOstern@littler.com

*Attorneys for Defendant*
*Raymours Furniture Company, Inc..*

4879-1622-0790.2 / 063494-1055